IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| STATE OF ALABAMA,<br>by and through the<br>ALABAMA HISTORICAL COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIDENTIFIED SHIPWRECKED<br>VESSEL believed to be Schooner CLOTILDA,<br>its Apparel, Tackle, Appurtenances and Cargo,<br><br>*In Rem,*<br>Defendant. | Case No.: 1:19-cv-00423-KD-N<br><br>IN ADMIRALTY<br><br>RULE 9(h), FRCP |

### ORDER APPOINTING SUBSTITUTE CUSTODIAN
### AND DIRECTING DELIVERY OF ARTIFACT

The Alabama Historical Commission (AHC), Plaintiff herein, has filed a "Motion for Appointment of Substitute Custodian." (Doc. 5). AHC requests that the Court approve it to serve as custodian for an artifact from the *in rem* Defendant, the Unidentified Shipwrecked Vessel believed to be the Schooner CLOTILDA. Having reviewed the Motion, and in light of the particular circumstances of this case, the Court finds that AHC's Motion is due to be GRANTED. It is therefore:

1. ORDERED that Alabama Historical Commission, be and is hereby, appointed the custodian of said "Artifact # 11, Fastener with Hull Plank Fragment," to retain the same in its custody for possession and safekeeping until further Order of the Court, and it is further

2. ORDERED that the United States Marshal for the Southern District of Alabama shall surrender the possession of a certain artifact from the Unidentified Shipwrecked Vessel believed to be the Schooner CLOTILDA, to wit: "Artifact # 11, Fastener with Hull Plank

Fragment" to the substitute custodian named herein or its attorney of record (John P. Kavanagh, Jr.),[1] and it is further

3. ORDERED that the substitute custodian, Alabama Historical Commission, in consideration of the United States Marshal's consent to the substitution of custody, shall indemnify, hold harmless, and release the United States Marshal, the United States of America, their agents, servants, employees, and all others from whom they are responsible, from any and all liability and responsibility arising out of the care and custody of a certain artifact from the Unidentified Shipwrecked Vessel believed to be the Schooner CLOTILDA, to wit: "Artifact # 11, Fastener with Hull Plank Fragment," and it is further

4. ORDERED that all United States Marshal's costs be paid prior to release of said "Artifact # 11, Fastener with Hull Plank Fragment," and it is further

5. ORDERED that the substitute custodian must document the date and time of his taking custody of the "Artifact # 11, Fastener with Hull Plank Fragment."

Done at Mobile, Alabama, this 1st day of August, 2019

s/ Kristi K. DuBose
UNITED STATES DISTRICT JUDGE

---

[1] The AHC is located in Montgomery, Alabama. To avoid any delay transferring the Artifact to the AHC/Substitute Custodian, the AHC's attorney (John P. Kavanagh, Jr.) may receive the item from the Marshal for delivery to the AHC for its care, custody and control of the Artifact during the pendency of these proceedings.