IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **STATE OF ALABAMA, by and through the Alabama Historical Commission,** ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **THE UNIDENTIFIED SHIPWRECKED Vessel believed to be the Schooner CLOTILDA, its Apparel, Tackle, Appurtenances, and Cargo,** ) <br> **Defendant (*in rem*).** ) | **CIVIL ACTION: 1:19-00423-KD-N** <br><br> **IN ADMIRALTY** <br> **RULE 9(h) FRCP** |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ADJUDGED, ORDERED** and **DECREED** that Judgment is entered in favor of Plaintiff the State of Alabama, by and through the Alabama Historic Commission, and against the Defendant, the unidentified shipwrecked vessel believed to be the Schooner CLOTILDA, its Apparel, Tackle, Appurtenances, and Cargo (*in rem*).

**DONE** and **ORDERED** this the **12th** day of **April 2021.**

/s/Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**